```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ROBERTO SANTOS GUZMAN,

              Plaintiff,

- against -

DENALI MANAGEMENT INC., ET AL.,

              Defendants.

22-cv-10996 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff may respond to the defendants' pre-motion letter by **March 29, 2023.** The telephone conference scheduled for March 23, 2023 is adjourned to **April 4, 2023 at 4 p.m.**

    Dial-in (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            March 20, 2023

                                      John G. Koeltl
                             United States District Judge