UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO SANTOS GUZMAN,   22-cv-10996 (JGK)

      Plaintiff,   ORDER

- against -

DENALI MANAGEMENT INC., ET AL.,

      Defendants.

---

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference held today, the plaintiff should file an amended complaint by **April 19, 2023**. The time to move or answer is **April 26, 2023**. If the defendants move to dismiss, the response is due on **May 12, 2023**, and the reply is due on **May 23, 2023**. If the defendants file an answer, the parties should file a Rule 26(f) report by **May 12, 2023**.

SO ORDERED.

Dated:    New York, New York
            April 5, 2023

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                        United States District Judge