UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERTO SANTOS GUZMAN,                    22-cv-10996 (JGK)

        Plaintiff,                         ORDER

- against -

DENALI MANAGEMENT INC., ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

In light of this Court's further consideration of the plaintiff's notice of voluntary dismissal, the Clerk is directed to restore this action to the docket of the Court and to strike ECF No. 30, which was erroneously entered.

On April 20, 2023, the plaintiff filed a notice of voluntary dismissal without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). See ECF No. 29. When a plaintiff files a notice of voluntary dismissal without prejudice under Rule 41(a)(1)(A)(i) in a Fair Labor Standards Act case like this one, a district court should inquire as to the existence of any FLSA settlement. See Samake v. Thunder Lube, Inc., 24 F.4th 804, 810-11 (2d Cir. 2022). If any FLSA settlement has been reached, the district court should "engage in a Cheeks [v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015)] fairness review."

Samake, 24 F.4th at 811. "[I]n the absence of a settlement, the notice of dismissal should be so-ordered." Id.

The plaintiff's notice of voluntary dismissal does not indicate whether a settlement has been reached. Accordingly, by **May 9, 2023,** the parties should advise the Court by letter whether they have reached a settlement in this action. If they have, the parties should attach the settlement agreement and explain why they believe the settlement is fair. The Court will reserve decision on whether to so-order the voluntary dismissal until it receives the parties' submission.

**SO ORDERED.**

**Dated:**   New York, New York
April 25, 2023

/s/ John G. Koeltl
John G. Koeltl
United States District Judge